UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| vs. | ) | Case No. 1:16CR00032 JAR |
| OSCAR GIOVANNI DOMINGUEZ-CHAIDEZ, | ) |  |
| Defendant. | ) |  |

# MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Abbie Crites-Leoni (ECF No. 33). On May 26, 2016, Defendant filed a Motion to Suppress Evidence and Statements (ECF No. 23), and on June 8, 2016, Defendant filed a Motion to Amend/Correct the previously filed Motion to Suppress (ECF No. 26) wherein he added nothing more than legal support of the previously filed motion. Magistrate Judge Crites-Leoni recommends the Court deny the Motion to Suppress Evidence and Statements.

Pursuant to 28 U.S.C. § 636(b), these matters were referred to United States Magistrate Judge Abbie Crites-Leoni, who filed a Report and Recommendation on August 2, 2016 (ECF No. 33). The Magistrate Judge recommends that the Motion to Suppress Statements and Evidence (ECF No. 21) be denied. Neither party has filed objections or otherwise responded to the Report and Recommendation. After de novo review of this matter, this Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [33] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the Motions to Suppress Statements and Evidence [23 and 26] are **DENIED**.

Dated this 19th day of August 2016.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE